## Commonwealth *v.* McGlory, Appellant.

Submitted November 15, 1973. *Robert X. Medonis,* for appel-

lant; *Thomas More Lilly* and *Robert L. Eberhardt,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.